**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Lyle Williams and Jessica Williams

PLAINTIFF(S),

v.

3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,

DEFENDANTS.

Case No. 3:19-md-2885

Judge M. Casey Rodgers
Magistrate Judge Gary R. Jones

MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Civil Action No.: Not yet assigned

**MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 17, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I. DEFENDANTS

1. Plaintiff(s) name(s) the following Defendants in this action:

x 3M Company

x 3M Occupational Safety LLC

x Aearo Holding LLC

x Aearo Intermediate LLC

x Aearo LLC

x Aearo Technologies LLC

## II. PLAINTIFF(S)

2. Name of Plaintiff:

Lyle Williams

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

Jessica Williams

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

5. State(s) of residence of Plaintiff(s):

Ohio

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

28 U.S. Code Section 1332 (Diversity of citizenship)

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

United States District Court, Southern District of Ohio, Western Division at Dayton

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

x_____ Yes

______ No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

______ Hearing loss

______ Sequelae to hearing loss

x_____ Other [specify below]

Tinnitus, ringing in the ears, emotional distress, loss of consortium

## VI. CAUSES OF ACTION

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

x______ Count I – Design Defect – Negligence

x______ Count II – Design Defect – Strict Liability

x______ Count III – Failure to Warn – Negligence

x______ Count IV – Failure to Warn – Strict Liability

x______ Count V – Breach of Express Warranty

x______ Count VI – Breach of Implied Warranty

x______ Count VII – Negligent Misrepresentation

x______ Count VIII – Fraudulent Misrepresentation

x______ Count IX – Fraudulent Concealment

x______ Count X – Fraud and Deceit

x______ Count XI – Gross Negligence

x______ Count XII – Negligence Per Se

_______ Count XIII – Consumer Fraud and/or Unfair Trade Practices

x______ Count XIV – Loss of Consortium

x______ Count XV – Unjust Enrichment

x______ Count XVI – Punitive Damages

_______ Count XVII – Other [specify below]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 29 July 2020

Respectfully submitted,

Christine Baker

Christine Baker, Esq.
Ohio Supreme Court No. 0088634
Attorney of Lyle Williams and Jessica Williams
2312 Far Hills Ave #390
Dayton, Ohio 45419
Tel. (937) 212-9013
Fax (937) 314-6093
christinebakerlaw@outlook.com
christine@christinebakeresq.com